# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-176-201**

**Effective Date of Registration:**
October 31, 2019
**Registration Decision Date:**
November 01, 2019

## Title

**Title of Work:** Barocco - 57

## Completion/Publication

**Year of Completion:** 1991
**Date of 1st Publication:** March 08, 1991
**Nation of 1st Publication:** Italy

## Author

- **Author:** Gianni Versace
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** Italy
  **Year Born:** 1946
  **Year Died:** 1997

## Copyright Claimant

**Copyright Claimant:** Gianni Versace S.r.l.
Piazza Einaudi, 4, Milan, 20124, Italy
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Gianni Versace S.r.l.
**Name:** Francesca Bosio
**Email:** francesca.bosio@versace.it
**Telephone:** +390276093441
**Address:** Piazza Einaudi, 4
Milan 20124 Italy

**Certification**

    **Name:** Francesca M. Witzburg
    **Date:** October 31, 2019

    **Correspondence:** Yes