# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary H. Lesle*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-173-519

**Effective Date of Registration:**
October 03, 2019
**Registration Decision Date:**
October 11, 2019

## Title

Title of Work:  POP HEARTS

## Completion/Publication

Year of Completion:  1996
Date of 1st Publication:  October 05, 1996
Nation of 1st Publication:  Italy

## Author

- Author:  Gianni Versace
  Author Created:  2-D artwork
  Citizen of:  Italy

## Copyright Claimant

Copyright Claimant:  Gianni Versace S.r.l.
Piazza Einuadi, 4, Milan, 20124, Italy
Transfer statement:  by written agreement

## Rights and Permissions

Organization Name:  Gianni Versace S.r.l.
Name:  Francesca Bosio
Email:  francesca.bosio@versace.it
Telephone:  +390276093441
Address:  Piazza Einaudi, 4
Milan 20124 Italy

## Certification

EXHIBIT B
38

**Name:**   Francesca M. Witzburg
**Date:**   October 03, 2019

**Correspondence:**   Yes

EXHIBIT B
39