# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**

## VA 2-175-854

**Effective Date of Registration:**
October 30, 2019
**Registration Decision Date:**
October 31, 2019

## Title

       Title of Work:   JUNGLE PRINT

## Completion/Publication

     Year of Completion:   1998
  Date of 1st Publication:   October 02, 1999
Nation of 1st Publication:   Italy

## Author

              Author:   Gianni Versace
       Author Created:   2-D artwork
 Work made for hire:   No
           Citizen of:   Italy

              Author:   Ratti S.p.A.
       Author Created:   2-D artwork
 Work made for hire:   Yes
      Domiciled in:   Italy

## Copyright Claimant

   Copyright Claimant:   Gianni Versace S.r.l.
                         Piazza Einaudi, 4, Milan, 20124, Italy
   Transfer statement:   By written agreement

   Copyright Claimant:   Ratti S.p.A.
                         Via Madonna 30, Guanzate (COMO), 22070, Italy

## Rights and Permissions

Page 1 of 2

EXHIBIT C
40

| | |
|---|---|
| **Organization Name:** | Gianni Versace S.r.l. |
| **Name:** | Francesca Bosio |
| **Email:** | francesca.bosio@versace.it |
| **Address:** | Piazza Einaudi, 4 |
| | Milan 20124 Italy |

## Certification

| | |
|---|---|
| **Name:** | Francesca M. Witzburg |
| **Date:** | October 30, 2019 |