# EXHIBIT D

# United States of America

## United States Patent and Trademark Office

# VERSACE

**Reg. No. 4,398,385**

**Registered Sep. 10, 2013**

**Int. Cls.: 11, 14, 27 and 35**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



*Acting Director of the United States Patent and Trademark Office*

GIANNI VERSACE S.P.A. (ITALY CORPORATION)
VIA MANZONI, 38
I-20121 MILANO
ITALY

FOR: FIREPLACES; LAMPS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FOR: ARTICLES MADE OF PRECIOUS METALS AND ALLOYS OF PRECIOUS METALS WITH OR WITHOUT PRECIOUS STONES, NAMELY, RINGS, NECKLACES, BRACELETS, BROOCHES, EARRINGS, TIE CLIPS, CUFFLINKS, DIAMONDS, JEWEL CASES, WATCHES, CLOCKS, CHRONOMETERS, WATCH CASES, COSTUME JEWELRY, PARTS AND FITTINGS FOR ALL THE AFORESAID GOODS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: CARPETS, BATH MATS; RUGS, MATS AND MATTING, AND OTHER MATERIALS FOR COVERING EXISTING FLOORS; NON-TEXTILE WALL HANGINGS, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FOR: ADVERTISING; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION; OFFICE FUNCTIONS; DISSEMINATION OF ADVERTISEMENTS; DISSEMINATION OF ADVERTISING MATTER; INDUSTRIAL BUSINESS MANAGEMENT CONSULTANCY AND ASSISTANCE; PROFESSIONAL BUSINESS CONSULTANCY; FRANCHISING, NAMELY, SERVICES PROVIDED BY A FRANCHISOR FOR THIRD PARTIES IN HELPING, MANAGING AND DEVELOPING COMMERCIAL ENTERPRISES; GATHERING VARIOUS GOODS IN THE FIELD OF FASHION AND HOME FURNISHING AND ACCESSORIES ALLOWING THE CONSUMER TO VIEW AND BUY THE AFORESAID GOODS IN RETAIL STORES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 6-10-2010 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1073076 DATED 11-9-2010, EXPIRES 11-9-2020.

OWNER OF U.S. REG. NOS. 1,880,658, 2,278,257 AND OTHERS.

**Reg. No. 4,398,385** SEC. 2(F).

SER. NO. 79-975,265, FILED 11-9-2010.

KIM MONINGHOFF, EXAMINING ATTORNEY

Page: 2 / RN # 4,398,385

EXHIBIT D

43

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

    *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

    *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

    You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Page: 3 / RN # 4,398,385

EXHIBIT D
44

# United States of America

### United States Patent and Trademark Office

# VERSACE

**Reg. No. 4,626,622**

**Registered Oct. 28, 2014**

**Int. Cls.: 16, 35 and 42**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

GIANNI VERSACE S.P.A. (ITALY CORPORATION)
VIA MANZONI, 38
I-20121 MILANO
ITALY

FOR: PRINTED MATTER, NAMELY, POSTERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: MODELING FOR BUSINESS PROMOTION, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: CONSULTANCY IN THE FIELD OF PLANNING AND LAYOUT DESIGN OF THE INTERIOR SPACE OF SHOPS, INTERIOR DESIGN, IN CLASS 42 (U.S. CLS. 100 AND 101).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 6-10-2010 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1073076 DATED 11-9-2010, EXPIRES 11-9-2020.

OWNER OF U.S. REG. NOS. 1,880,658, 2,278,257 AND OTHERS.

SEC. 2(F).

SER. NO. 79-095,795, FILED 11-9-2010.

KIM MONINGHOFF, EXAMINING ATTORNEY

**Deputy Director of the United States
Patent and Trademark Office**

EXHIBIT D

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.
>
> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date).  The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the
USPTO website for further information.   With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

Int. Cls.: 9, 14, 16, 21 and 30

Prior U.S. Cls.: 2, 3, 13, 23, 26, 27, 28, 30, 33, 37 and 46

## United States Patent and Trademark Office

Reg. No. 1,875,093
Registered Jan. 24, 1995

### TRADEMARK
#### PRINCIPAL REGISTER



GIANNI VERSACE SPA (ITALY CORPORA-
TION)
VIA DELLA SPIGA 25
20121 MILANO, ITALY

FOR: SPECTACLES AND SPECTACLES
FRAMES, IN CLASS 9 (U.S. CL. 26).

FOR: GOODS OF PRECIOUS METALS OR
COATED THEREWITH, NAMELY NECK-
LACES, EARRINGS, BRACELETS, BROCHES,
RINGS, NECKTIE PINS, BADGES OF PRE-
CIOUS METAL, MEDALLIONS, BELT BUCK-
LES OF PRECIOUS METAL (FOR CLOTHING),
JEWELRY, PRECIOUS GEMSTONES, WATCH-
ES, CLOCKS, CHRONOMETERS, IN CLASS 14
(U.S. CLS. 27 AND 28).

FOR: STATIONERY ARTICLES, NAMELY
NOTEBOOK PAPER, LETTER PAPER, WRIT-
ING PAPER, LOOSELEAF PAPER; PAPER EX-
PANDING FILES, WRITING AND MARKING
INSTRUMENTS, NAMELY FOUNTAIN PENS,
ROLLER BALLPOINT PENS, FELT TIPPED
PENS, ROLLER PENS, MARKERS, MARKING
PENS, PENCIL AND PENCIL LEADS, REFILLS
FOR PENS, NON-ELECTRIC ERASERS , IN
CLASS 16 (U.S. CL. 37).

FOR: KITCHEN UTENSILS, NAMELY SERV-
ING SPOONS, BASTING SPOONS, CORK
SCREWS, AND NAPKIN RINGS NOT OF PRE-
CIOUS METAL; HOUSEHOLD CONTAINERS,
NAMELY ICE BUCKETS, CONTAINERS FOR
FOOD AND SOAP; BEVERAGE GLASSWARE;
PORCELAIN DISHES IN GENERAL, EARTH-
ENWARE, NAMELY MUGS, BASINS, BAS-
KETS, BEVERAGEWARE, BOWLS, BUCKETS,
CAKESERVERS, CANDLE HOLDERS, CHAM-
BER POTS, COMMEMORATIVE PLATES,
COOKWARE, DECORATIVE PLATES, DISHES,
DOORKNOBS MADE OF PORCELAIN OR
EARTHENWARE, FIGURINES MADE OF
CHINA, CRYSTAL, EARTHENWARE, GLASS,
PORCELAIN, OR TERRACOTTA, VASES, IN
CLASS 21 (U.S. CLS. 2, 3, 13, 23, 30 AND 33).

2                                    1,875,093

FOR: PASTRY AND CONFECTIONERY; NAMELY, CHOCOLATES, IN CLASS 30 (U.S. CL. 46).

PRIORITY CLAIMED UNDER SEC. 44(D) ON ITALY APPLICATION NO. MI93C003112, FILED 4-28-1993, REG. NO. 6000025, DATED 6-15-1993, EXPIRES 4-28-2013.

OWNER OF U.S. REG. NO. 1,725,686.

THE MARK CONSISTS OF A DEPICTION OF THE HEAD OF THE MEDUSA, A CHARACTER IN GREEK MYTHOLOGY

SER. NO. 74-391,423, FILED 5-17-1993.

CATHERINE KAISER KREBS, EXAMINING ATTORNEY

Side - 1



**NOTICE OF ACCEPTANCE OF §8
DECLARATION AND §9 RENEWAL
MAILING DATE: Jun 7, 2005**

The declaration and renewal application filed in connection with the registration identified below meets the requirements of Sections 8 and 9 of the Trademark Act, 15 U.S.C. §§1058 and 1059.  The declaration is accepted and renewal is granted.  The registration remains in force.

For further information about this notice, visit our website at: http://www.uspto.gov.  To review information regarding the referenced registration, go to http://tarr.uspto.gov.

| | |
|---|---|
| **REG NUMBER:** | 1875093 |
| **MARK:** | MISCELLANEOUS DESIGN |
| **OWNER:** | Gianni Versace SPA |

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS MAIL
U.S POSTAGE
PAID

LAWRENCE E ABELMAN
ABELMAN FRAYNE & SCHWAB
26TH FL
150 E 42ND ST
NEW YORK, NY   10017-5612

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, February 3, 2015 11:01 PM |
| **To:** | jeff@sladlaw.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 1875093: Miscellaneous Design |

**Serial Number:** 74391423
**Registration Number:** 1875093
**Registration Date:** Jan 24, 1995
**Mark:** Miscellaneous Design
**Owner:** Gianni Versace SPA

Feb 3, 2015

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

### NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
009, 014, 016, 021

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=74391423.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

Int. Cls.: 3, 8, 9, 11, 14, 18, 19, 20, 21, 24, 25 and 27

Prior U.S. Cls.: 1, 2, 3, 4, 6, 12, 13, 19, 20, 21, 22, 23, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 36, 37, 38, 39, 40, 41, 42, 44, 50, 51 and 52

Reg. No. 2,980,455

## United States Patent and Trademark Office

Registered Aug. 2, 2005

## TRADEMARK
### PRINCIPAL REGISTER



GIANNI VERSACE S.P.A. (ITALY CORPORA-TION)
VIA MANZONI, 38
MILAN, ITALY

FOR: COSMETICS, NAMELY NIGHT AND DAY CREAMS, CLEANING PREPARATIONS FOR THE CARE OF THE FACE AND BODY, BATH-FOAM, SHAVING FOAM, AFTERSHAVES, FOUNDATION MAKEUP, NAIL POLISH, DEODORANTS FOR MEN AND WOMEN, HAND AND BODY SOAPS, HAIR SHAMPOOS AND RINSES, HAIR SPRAY, TOOTH-PASTE AND FRAGRANCES, NAMELY PERFUME, TOILET WATER AND ESSENTIAL OILS FOR PER-SONAL USE FOR MEN AND WOMEN, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 1-0-1998; IN COMMERCE 1-0-1998.

FOR: TABLEWARE, NAMELY CUTLERY; FORKS, KNIVES AND SPOONS; STERLING SILVER TABLE FORKS, KNIVES AND SPOONS; DOMESTIC FIREPLACE BELLOWS, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 1-0-1998; IN COMMERCE 1-0-1998.

FOR: OPTICAL INSTRUMENTS, APPARATUS AND EQUIPMENTS, NAMELY EYEGLASSES; READING GLASSES, AND OPTICAL GLASSES; SUNGLASSES; SPECTACLES; SPECTACLES FRAMES; MONOCLES; LORGNETTES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-0-1998; IN COMMERCE 1-0-1998.

FOR: APPARATUS FOR LIGHTING, NAMELY, ELECTRIC LIGHTING FIXTURES FOR USE ON CEILINGS, CHANDELIERS, ELECTRIC, INCAN-DESCENT, AND HALOGEN LIGHT BULBS, SAFE-TY LAMPS, CANDLE, ELECTRIC, OIL, AND PORTABLE PAPER LANTERNS, STANDARD LAMPS; FIREPLACES; DECORATIVE WATER FOUNTAINS; LAMPS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 1-0-1998; IN COMMERCE 1-0-1998.

FOR: ARTICLES MADE OF PRECIOUS METALS AND ALLOYS OF PRECIOUS METALS WITH OR WITHOUT PRECIOUS STONES, NAMELY RINGS, NECKLACES, BRACELETS, BROOCHES, EARR-INGS, TIE CLIPS, CUFF-LINKS, DIAMONDS, JEW-ELRY CASES MADE OF PRECIOUS METAL, WATCHES, CLOCKS, CHRONOMETERS, WATCH CASES, COSTUME JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-0-1998; IN COMMERCE 1-0-1998.

FOR: LEATHER AND IMITATION OF LEATHER SOLD IN BULK, HANDBAGS, WALLETS, LUG-GAGE, ATTACHE CASES, TOTE BAGS, BRIEFCA-SES, SPORT BAGS, TRAVELING TRUNKS, CARRY-ON BAGS, SHOULDER BAGS, GARMENT BAGS FOR TRAVELING, KEY CASES, UMBRELLAS, PARASOLS, WALKING STICKS, WHIPS, HARNES-

SES, SADDLERY; LEATHER KEY CHAINS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-0-1998; IN COMMERCE 1-0-1998.

FOR: FIREPLACE SURROUND; FLOOR TILES; WOOD TILE FLOORS; GLASS TILES; PARQUET FLOORING; STATUETTES OF STONE, CONCRETE, OR MARBLE; NON-METAL WALL PANELS, IN CLASS 19 (U.S. CLS. 1, 12, 33 AND 50).

FIRST USE 1-0-1998; IN COMMERCE 1-0-1998.

FOR: FURNITURE; MIRRORS, NAMELY LOOK-ING GLASSES; PICTURE FRAMES; CHAIRS; CUP-BOARDS; CUSHIONS; DESKS; DIVANS; PLASTIC AND WOOD DOORKNOBS; FIGURES OF BONE, IVORY, PLASTER, PLASTIC, WAX AND WOOD; PLASTIC AND WOOD FURNITURE HANDLES FOR DOORS, PLASTIC KEY CHAINS; MAGAZINE RACKS; OFFICE FURNITURE; PILLOWS; FITTED FURNITURE COVERS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-0-1998; IN COMMERCE 1-0-1998.

FOR: HOUSEHOLD OR KITCHEN UTENSILS AND CONTAINERS, NAMELY, DINNERWARE; BEVERAGE-WARE; GLASSWARE; SUGAR BOWLS; BEER MUGS; BOTTLE OPENERS; BOWLS; CANDLE HOLDERS NOT OF PRECIOUS METAL; CHINA ORNAMENTS; COOKWARE, NAMELY NON-ELEC-TRIC FRYING PANS; CORKSCREWS; SOAP DIS-PENSERS; FIGURINES IN CHINA, CRYSTAL, EARTHENWARE, GLASS, PORCELAIN AND TER-RACOTTA; HOLDERS FOR FLOWERS AND PLANTS; PERFUME ATOMIZERS SOLD EMPTY; PLATES; POTS; SOAPBOXES; SOAP HOLDERS; VA-SES; FLOWER BASKETS; PORCELAIN AND EARTHENWARE DOORKNOBS AND FURNITURE HANDLES FOR DOORS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 1-0-1998; IN COMMERCE 1-0-1998.

FOR: FABRIC FOR TEXTILE USE, FABRIC OF IMITATION ANIMAL SKINS, FABRIC FOR BOOTS AND SHOES, BATH LINEN; BED LINEN; BLAN-KETS; CURTAINS; UNFITTED FURNITURE COV-ERS; HANDKERCHIEFS; KITCHEN TOWELS; TEXTILE WALL HANGINGS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 1-0-1998; IN COMMERCE 1-0-1998.

FOR: CLOTHING FOR MEN, WOMEN AND CHILDREN, NAMELY BELTS, COATS, RAIN-COATS, WAISTCOATS, BLOUSES AND PULL-OVERS, JACKETS, TROUSERS, SKIRTS, DRESSES, SUITS, SHIRTS AND CHEMISES, T-SHIRTS, SWEA-TERS, UNDERWEAR, SOCKS AND STOCKINGS,-GLOVES, TIES, SCARVES, HATS AND CAPS, BOOTS, SHOES AND SLIPPERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-0-1998; IN COMMERCE 1-0-1998.

FOR: CARPETS, RUGS, MATS AND MATTING, LINOLEUM AND OTHER MATERIALS FOR COV-ERING EXISTING FLOORS; NON-TEXTILE WALL HANGINGS; NON-TEXTILE WALL DECORA-TIONS, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 1-0-1998; IN COMMERCE 1-0-1998.

OWNER OF U.S. REG. NOS. 1,725,686, 1,875,093, AND 2,081,230.

THE MARK CONSISTS OF THE REPRESENTA-TION OF A HEAD (MEDUSA'S HEAD).

SER. NO. 76-536,034, FILED 7-28-2003.

DOUGLAS LEE, EXAMINING ATTORNEY

**From:**      TMOfficialNotices@USPTO.GOV
**Sent:**      Wednesday, August 12, 2015 11:00 PM
**To:**        jeff@sladlaw.com
**Subject:**   Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 2980455: Miscellaneous Design

**Serial Number:**  76536034
**Registration Number:**  2980455
**Registration Date:**  Aug 2, 2005
**Mark:**  Miscellaneous Design
**Owner:**  Gianni Versace S.p.A.

Aug 12, 2015

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

### NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
003, 008, 009, 011, 014, 018, 019, 020, 021, 024, 025, 027

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=76536034.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

Int. Cls.: 3, 9, 14, 16, 18, 24, 25 and 26

Prior U.S. Cls.: 1, 2, 3, 4, 5, 6, 21, 22, 23, 26, 27, 28, 29, 36, 37, 38, 39, 40, 41, 42, 50, 51 and 52

**United States Patent and Trademark Office**

Reg. No. 3,194,501

Registered Jan. 2, 2007

## TRADEMARK
### PRINCIPAL REGISTER

GIANNI VERSACE S.P.A. FISCAL CODE N. 04636090963 (ITALY S.P.A.)
VIA MANZONI N. 38
MILANO
ITALY

FOR: COSMETICS, INCLUDING NIGHT AND DAY CREAMS, CLEANING PREPARATIONS FOR THE CARE OF THE FACE AND BODY, BATH FOAM, SHAVING FOAM, AFTERSHAVES, FOUNDATION MAKEUP, NAIL POLISH, DEODORANTS FOR MEN AND WOMEN, HAND AND BODY SOAPS, HAIR SHAMPOOS AND RINSES, HAIR SPRAY, TOOTHPASTE AND FRAGRANCES, NAMELY PERFUME, TOILET WATER AND ESSENTIAL OILS FOR PERSONAL USE FOR MEN AND WOMEN, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: OPTICAL INSTRUMENTS, APPARATUS AND EQUIPMENT, NAMELY, GLASSES, SUN-GLASSES, SPECTACLES, SPECTACLE FRAMES, MONOCLES, LORGNETTES, ACCESSORIES IN THE NATURE OF EYEGLASS CHAINS, AND PARTS, FITTINGS, COMPONENTS AND CASES FOR ALL THE AFORESAID GOODS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: ARTICLES MADE OF PRECIOUS METALS AND ALLOYS OF PRECIOUS METALS, WITH OR WITHOUT PRECIOUS STONES, NAMELY RINGS, NECKLACES, BRACELETS, BROOCHES, EARRINGS, TIE CLIPS, CUFF-LINKS, DIAMONDS, JEWEL CASES, WATCHES, CLOCKS, CHRONOMETERS, WATCH CASES, COSTUME JEWELLERY, PARTS AND FITTINGS FOR ALL THE AFORESAID GOODS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: STATIONERY ARTICLES, NAMELY PAPER, LETTER PAPER, LOOSE-LEAF PAPER, EXERCISE BOOKS, ADDRESS BOOKS AND NOTEBOOKS, NUMERICAL AND ALPHABETICAL INSERTS, ENVELOPES, CARDS, ALBUMS, FILE BOOKS; WRITING AND MARKING INSTRUMENTS, NAMELY PENS, FELT-TIPPED PENS, MARKING PENS, PENCILS AND PENCIL LEADS, INK REFILLS FOR PENS, ERASERS; PRINTING TYPE; PRINTED MATTER, NAMELY, PERIODICAL MAGAZINES, BOOKS, AND LEAFLETS IN THE FIELD OF FASHION, INTERIOR DESIGN, COSMETICS, OPTICAL WEAR, AND FASHION ACCESSORIES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: LEATHER AND IMITATION LEATHER GOODS, NAMELY, HANDBAGS, WALLETS, LUGGAGE, ATTACHÉ CASES, TOTE BAGS, BRIEFCASES, SPORT BAGS, TRAVELING TRUNKS, CARRY-ON BAGS, SHOULDER BAGS, GARMENT BAGS FOR TRAVELING, KEY CASES, UMBRELLAS, PARASOLS, WALKING STICKS, WHIPS, HARNESSES, SADDLERY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: FABRIC FOR TEXTILE USE, FABRIC OF IMITATION ANIMAL SKINS, FABRIC FOR BOOTS AND SHOES, BATH LINEN, BED LINEN; BED BLANKETS; CURTAINS; UNFITTED FABRIC FURNITURE COVERS; HANDKERCHIEFS; AND KITCHEN TOWELS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: CLOTHING FOR MEN, WOMEN AND CHILDREN, NAMELY BELTS, COATS, RAIN-COATS, WAISTCOATS, BLOUSES AND PULLOVERS, JACKETS, TROUSERS, SKIRTS, DRESSES, SUITS, SHIRTS AND CHEMISES, T-SHIRTS, SWEATERS, UNDERWEAR, SOCKS AND STOCKINGS, GLOVES, TIES, SCARVES, HATS AND CAPS, BOOTS, SHOES AND SLIPPERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: LACE AND EMBROIDERY, RIBBONS AND BRAID; CLOTHING BUTTONS, HOOKS AND EYES, SAFETY PINS AND NEEDLES; ARTIFICIAL FLOWERS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

PRIORITY DATE OF 3-17-2005 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0866162 DATED 5-26-2005, EXPIRES 5-26-2015.

OWNER OF U.S. REG. NOS. 1,875,093, 2,078,918, AND 2,081,230.

SER. NO. 79-016,809, FILED 5-26-2005.

TINA L. SNAPP, EXAMINING ATTORNEY

## NOTICE OF RENEWAL OF INTERNATIONAL REGISTRATION

### SERIAL NUMBER: 79016809

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| INTERNATIONAL REGISTRATION NUMBER | 0866162 |
| OFFICE REFERENCE | 79016809 |
| INSTRUMENT UNDER WHICH CONTRACTING PARTY IS DESIGNATED | Protocol |
| DATE OF RECORDAL IN THE INTERNATIONAL REGISTER | 05/26/2015 |
| LATEST DATE OF RENEWAL FOR THE MARK | 05/26/2015 |
| IB DOCUMENT ID | 893985001 |
| NEW EXPIRATION DATE | 05/26/2025 |
| TRANSACTION TYPE | REN - Renewal |

EXHIBIT D
57

Int. Cls.: **3, 9, 14, 16, 18, 24 and 26**

Prior U.S. Cls.: **1, 2, 3, 4, 5, 6, 21, 22, 23, 26, 27, 28, 29, 36, 37, 38, 39, 40, 41, 42, 50, 51 and 52**

Reg. No. 3,199,127

# United States Patent and Trademark Office

Registered Jan. 16, 2007

## TRADEMARK
### PRINCIPAL REGISTER



GIANNI VERSACE S.P.A. FISCAL CODE N. 04636090963 (ITALY S.P.A.)
VIA MANZONI N. 38
MILANO
ITALY

FOR: COSMETICS, INCLUDING NIGHT AND DAY CREAMS, CLEANING PREPARATIONS FOR THE CARE OF THE FACE AND BODY, BATH-FOAM, SHAVING FOAM, AFTERSHAVES, FOUNDATION MAKEUP, NAIL POLISH, DEODORANTS FOR MEN AND WOMEN, HAND AND BODY SOAPS, HAIR SHAMPOOS AND RINSES, HAIR SPRAY, TOOTHPASTE, AND FRAGRANCES, NAMELY PERFUME, TOILET WATER AND ESSENTIAL OILS FOR PERSONAL USE FOR MEN AND WOMEN, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: OPTICAL INSTRUMENTS, APPARATUS AND EQUIPMENT, NAMELY, GLASSES, SUNGLASSES, SPECTACLES, SPECTACLE FRAMES, MONOCLES, LORGNETTES, ACCESSORIES IN THE NATURE OF EYEGLASS CHAINS, AND PARTS, FITTINGS, COMPONENTS AND CASES FOR ALL THE AFORESAID GOODS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: ARTICLES MADE OF PRECIOUS METALS AND ALLOYS OF PRECIOUS METALS, WITH OR WITHOUT PRECIOUS STONES, NAMELY RINGS, NECKLACES, BRACELETS, BROOCHES, EARRINGS, TIE CLIPS, CUFF-LINKS, DIAMONDS, JEW-EL CASES, WATCHES, CLOCKS, CHRONOMETERS, WATCH CASES, COSTUME JEWELLERY, PARTS AND FITTINGS FOR ALL THE AFORESAID GOODS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: STATIONERY ARTICLES, NAMELY PAPER, LETTER PAPER, LOOSE-LEAF PAPER, EXERCISE BOOKS, ADDRESS BOOKS AND NOTEBOOKS, NUMERICAL AND ALPHABETICAL INSERTS, ENVELOPES, CARDS, ALBUMS, FILE BOOKS; WRITING AND MARKING INSTRUMENTS, NAMELY PENS, FELT-TIPPED PENS, MARKING PENS, PENCILS AND PENCIL LEADS, INK REFILLS FOR PENS, ERASERS; PRINTING TYPE; PRINTED MATTER, NAMELY, PERIODICAL MAGAZINES, BOOKS, AND LEAFLETS IN THE FIELD OF FASHION, INTERIOR DESIGN, COSMETICS, OPTICAL WEAR AND FASHION ACCESSORIES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: LEATHER AND IMITATION LEATHER GOODS, NAMELY, HANDBAGS, WALLETS, LUGGAGE, ATTACHE CASES, TOTE BAGS, BRIEFCASES, SPORT BAGS, TRAVELING TRUNKS, CARRY-ON BAGS, SHOULDER BAGS, GARMENT BAGS FOR TRAVELING, KEY CASES, UMBRELLAS, PARASOLS, WALKING STICKS, WHIPS, HARNESSES, SADDLERY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: FABRIC FOR TEXTILE USE, FABRIC OF IMITATION ANIMAL SKINS, FABRIC FOR BOOTS AND SHOES, BATH LINEN, BED LINEN; BED BLANKETS; CURTAINS; UNFITTED FABRIC FURNITURE COVERS; HANDKERCHIEFS; AND KITCHEN TOWELS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: LACE AND EMBROIDERY, RIBBONS AND BRAID; CLOTHING BUTTONS, HOOKS AND EYES, SAFETY PINS AND NEEDLES; ARTIFICIAL FLOWERS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

PRIORITY DATE OF 3-17-2005 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0863493 DATED 5-26-2005, EXPIRES 5-26-2015.

SER. NO. 79-975,011, FILED 5-26-2005.

TINA L. SNAPP, EXAMINING ATTORNEY

EXHIBIT D

## NOTICE OF RENEWAL OF INTERNATIONAL REGISTRATION

## SERIAL NUMBER: 79015820

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| INTERNATIONAL REGISTRATION NUMBER | 0863493 |
| OFFICE REFERENCE | 7901582079975011997501 |
| INSTRUMENT UNDER WHICH CONTRACTING PARTY IS DESIGNATED | Protocol |
| DATE OF RECORDAL IN THE INTERNATIONAL REGISTER | 05/28/2015 |
| LATEST DATE OF RENEWAL FOR THE MARK | 05/26/2015 |
| IB DOCUMENT ID | 893984901 |
| NEW EXPIRATION DATE | 05/26/2025 |
| TRANSACTION TYPE | REN - Renewal |

Int. Cls.: 3, 9, 16, 18, 20, 24, 25 and 26

Prior U.S. Cls.: 1, 2, 3, 4, 5, 6, 13, 21, 22, 23, 25, 26, 29, 32, 36, 37, 38, 39, 40, 41, 42, 50, 51 and 52

Reg. No. 3,453,992

**United States Patent and Trademark Office**   Registered June 24, 2008

## TRADEMARK
### PRINCIPAL REGISTER



GIANNI VERSACE S.P.A. (ITALY CORPORATION)
VIA A. MANZONI, 38
I-20121 MILANO
ITALY

FOR: COSMETICS, INCLUDING NIGHT AND DAY CREAMS, CLEANING PREPARATIONS FOR THE CARE OF THE FACE AND BODY, BATH FOAM, SHAVING FOAM, AFTER SHAVES, FOUNDATION MAKEUP, NAIL POLISH, DEODORANTS FOR MEN AND WOMEN, HAND AND BODY SOAPS, HAIR SHAMPOOS AND RINSES, HAIR SPRAY, TOOTHPASTE AND FRAGRANCES, NAMELY, PERFUME, TOILET WATER AND ESSENTIAL OILS FOR PERSONAL USE FOR MEN AND WOMEN, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: OPTICAL INSTRUMENTS, APPARATUS AND EQUIPMENT, NAMELY, GLASSES, SUNGLASSES, SPECTACLES, SPECTACLE FRAMES, MONOCLES, LORGNETTES, ACCESSORIES IN THE NATURE OF EYEGLASS CHAINS, AND CASES FOR GLASSES, SUNGLASSES, SPECTACLES, MONOCLES, AND LORGNETTES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: STATIONERY ARTICLES, NAMELY, PAPER, LETTER PAPER, LOOSE-LEAF PAPER, EXERCISE BOOKS, ADDRESS BOOKS AND NOTEBOOKS, REINFORCED STATIONERY TABS THAT ARE MARKED BY NUMBER OR ALPHABETICAL LETTER, ENVELOPES, GREETING CARDS, PHOTOGRAPH ALBUMS; WRITING AND MARKING INSTRUMENTS, NAMELY, PENS, FELT-TIPPED PENS, MARKING PENS, PENCILS AND PENCIL LEADS, INK REFILLS FOR PENS, ERASERS; PRINTING TYPE; PRINTED MATTER, NAMELY, PERIODICAL MAGAZINES, BOOKS,

AND LEAFLETS IN THE FIELD OF FASHION, INTERIOR DESIGN, COSMETICS, OPTICAL WEAR AND FASHION ACCESSORIES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: LEATHER AND IMITATION LEATHER GOODS, NAMELY, HANDBAGS, WALLETS, LUGGAGE, ATTACHÉ CASES, TOTE BAGS, BRIEFCASES, SPORT BAGS, TRAVELING TRUNKS, CARRY-ON BAGS, SHOULDER BAGS, GARMENT BAGS FOR TRAVELING, KEY CASES, UMBRELLAS, PARASOLS, WALKING STICKS, WHIPS, HARNESSES, SADDLERY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: FURNITURE; MIRRORS, NAMELY, LOOKING GLASSES; PICTURE FRAMES; CHAIRS; CUPBOARDS; CUSHIONS; DESKS; DIVANS; PLASTIC AND WOOD DOORKNOBS; FIGURES OF BONE, IVORY, PLASTER, PLASTIC, WAX AND WOOD; PLASTIC AND WOOD FURNITURE HANDLES FOR DOORS; MAGAZINE RACKS; OFFICE FURNITURE; PILLOWS; PARTS AND FITTINGS FOR THE AFORESAID FURNITURE GOODS, NAMELY, FITTED FURNITURE COVERS NOT OF PAPER, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FOR: FABRIC FOR TEXTILE USE, FABRIC OF IMITATION ANIMAL SKINS, FABRIC FOR BOOTS AND SHOES, BATH LINEN; BED LINEN; BED BLANKETS; CURTAINS; UNFITTED FABRIC FURNITURE COVERS; HANDKERCHIEFS; KITCHEN TOWELS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: CLOTHING FOR MEN, WOMEN AND CHILDREN, NAMELY, BELTS, COATS, RAINCOATS, WAISTCOATS, BLOUSES AND PULLOVERS, JACKETS, TROUSERS, SKIRTS, DRESSES, SUITS, SHIRTS AND CHEMISES, T-SHIRTS, SWEATERS, UNDERWEAR, SOCKS AND STOCKINGS,

GLOVES, TIES, SCARVES, HATS AND CAPS, BOOTS, SHOES AND SLIPPERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: LACE AND EMBROIDERY, RIBBONS AND BRAID; CLOTHING BUTTONS, HOOKS AND EYES, SAFETY PINS AND NEEDLES; ARTIFICIAL FLOWERS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

PRIORITY DATE OF 7-25-2006 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0922170 DATED 10-10-2006, EXPIRES 10-10-2016.

SER. NO. 79-037,766, FILED 10-10-2006.

SHAILA SETTLES, EXAMINING ATTORNEY

## NOTICE OF RENEWAL OF INTERNATIONAL REGISTRATION

### SERIAL NUMBER: 79037766

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| INTERNATIONAL REGISTRATION NUMBER | 0922170 |
| OFFICE REFERENCE | 79037766 |
| INSTRUMENT UNDER WHICH CONTRACTING PARTY IS DESIGNATED | Protocol |
| DATE OF RECORDAL IN THE INTERNATIONAL REGISTER | 11/09/2016 |
| LATEST DATE OF RENEWAL FOR THE MARK | 10/10/2016 |
| IB DOCUMENT ID | 1012498901 |
| NEW EXPIRATION DATE | 10/10/2026 |
| TRANSACTION TYPE | REN - Renewal |