# EXHIBIT E

| Fashion Nova Dress | Infringing Designs | Versace IP Infringed |
|---|---|---|
| | | Barocco - 57 Copyright U.S. Reg. No. VA 2-176-201 (detail) |
| | | Barocco - 57 Copyright U.S. Reg. No. VA 2-176-201 (detail) |
| | | Barocco - 57 Copyright U.S. Reg. No. VA 2-176-201 (detail) |
| | | E.U. Reg. No. 11,566,825 |

| Fashion Nova Dress | Infringing Designs | Versace IP Infringed |
|---|---|---|
| | | Greca Design Trademark<br>U.S. Reg. No. 3,194,501 |
| | | 622 Copyright<br>U.S. Reg. No. VA 2-176-199<br>(registration attached hereto)<br>(detail) |
| | | Gold Baroque – 523 Copyright<br>U.S. Reg. No. VA 2-176-205<br>(registration attached hereto)<br>(detail)<br><br>705 Copyright<br>U.S. Reg. No. VA 2-176-545<br>(registration attached hereto)<br>(detail) |

| Fashion Nova Apparel | Infringing Designs | Versace IP Infringed |
|---|---|---|
| | | Medusa Head & Greca Design Trademark<br>U.S. Reg. No. 1,875,093<br><br>Greca Design Trademark<br>U.S. Reg. No. 3,194,501 |
| | | Greca Circle Design Trademark<br>U.S. Reg. No. 3,199,127<br><br>Gold Baroque – 523 Copyright<br>U.S. Reg. No. VA 2-176-205<br>(detail) |
| | | 705 Copyright<br>U.S. Reg. No. VA 2-176-545<br>(detail)<br><br>622 Copyright<br>U.S. Reg. No. VA 2-176-199<br>(detail) |

| Fashion Nova Dress | Infringing Designs | Versace IP Infringed |
|---|---|---|
|  |  | Medusa Head & Greca Design Trademark U.S. Reg. No. 1,875,093 |
|  |  | Greca Design Trademark U.S. Reg. No. 3,194,501 |
|  |  | Gold Baroque – 523 Copyright U.S. Reg. No. VA 2-176-205 (detail) |
|  |  | 705 Copyright U.S. Reg. No. VA 2-176-545 (detail) |

| Fashion Nova Dress | Infringing Designs | Versace IP Infringed |
|---|---|---|
| | | 705 Copyright<br>U.S. Reg. No. VA 2-176-545<br>(detail)<br><br>Gold Baroque – 523<br>Copyright<br>U.S. Reg. No. VA 2-176-205<br>(detail) |
| | | 705 Copyright<br>U.S. Reg. No. VA 2-176-545<br>(detail)<br><br>Gold Baroque – 523<br>Copyright<br>U.S. Reg. No. VA 2-176-205<br>(detail) |

| Fashion Nova Dress | Infringing Designs | Versace IP Infringed |
|---|---|---|
| | | 705 Copyright<br>U.S. Reg. No. VA 2-176-545<br>(detail)<br><br>Gold Baroque – 523 Copyright<br>U.S. Reg. No. VA 2-176-205<br>(detail) |
| | | 705 Copyright<br>U.S. Reg. No. VA 2-176-545<br>(detail)<br><br>Gold Baroque – 523 Copyright<br>U.S. Reg. No. VA 2-176-205<br>(detail) |

| Fashion Nova Dress | Infringing Designs | Versace IP Infringed |
|---|---|---|
| | | Gold Baroque – 523<br>Copyright<br>U.S. Reg. No. VA 2-176-205<br>(detail) |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
## VA 2-176-199
**Effective Date of Registration:**
October 31, 2019
**Registration Decision Date:**
November 01, 2019

## Title
    Title of Work: 622

## Completion/Publication
    Year of Completion: 1995
    Date of 1st Publication: December 31, 1996
    Nation of 1st Publication: Italy

## Author
-     Author: Gianni Versace
    Author Created: 2-D artwork
    Work made for hire: No
    Citizen of: Italy
    Year Born: 1946
    Year Died: 1997

## Copyright Claimant
    Copyright Claimant: Gianni Versace S.r.l.
    Piazza Einaudi, 4, Milan, 20124, Italy
    Transfer statement: By written agreement

## Rights and Permissions
    Organization Name: Gianni Versace S.r.l.
    Name: Francesca Bosio
    Email: francesca.bosio@versace.it
    Telephone: +390276093441
    Address: Piazza Einaudi, 4
    Milan 20124 Italy

Page 1 of 2

**Certification** _____

        **Name:** Francesca M. Witzburg
        **Date:** October 31, 2019

    **Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**

## VA 2-176-205

**Effective Date of Registration:**
October 31, 2019
**Registration Decision Date:**
November 01, 2019

---

## Title

**Title of Work:** Gold Baroque - 523

## Completion/Publication

**Year of Completion:** 1991
**Date of 1st Publication:** September 22, 1991
**Nation of 1st Publication:** Italy

## Author

- **Author:** Gianni Versace
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** Italy
  **Year Born:** 1946
  **Year Died:** 1997

## Copyright Claimant

**Copyright Claimant:** Gianni Versace S.r.l.
Piazza Einaudi, 4, Milan, 20124, Italy
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Gianni Versace S.r.l.
**Name:** Francesca Bosio
**Email:** francesca.bosio@versace.it
**Telephone:** +390276093441
**Address:** Piazza Einaudi, 4
Milan 20124 Italy

Page 1 of 2

EXHIBIT E
73

Page 2 of 2

**Certification**

  **Name:** Francesca M. Witzburg
  **Date:** October 31, 2019

  **Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**

## VA 2-176-545

**Effective Date of Registration:**
October 31, 2019
**Registration Decision Date:**
November 05, 2019

---

## Title

**Title of Work:** 705

## Completion/Publication

**Year of Completion:** 1996
**Date of 1st Publication:** September 30, 1996
**Nation of 1st Publication:** Italy

## Author

- **Author:** Gianni Versace
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** Italy
  **Year Born:** 1946
  **Year Died:** 1997

## Copyright Claimant

**Copyright Claimant:** Gianni Versace S.r.l.
Piazza Einaudi, 4, Milan, 20124, Italy
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Gianni Versace S.r.l.
**Name:** Francesca Bosio
**Email:** francesca.bosio@versace.it
**Telephone:** +390276093441
**Address:** Piazza Einaudi, 4
Milan 20124 Italy

Page 1 of 2

EXHIBIT E
75

## Certification

      **Name:** Francesca M. Witzburg
      **Date:** October 31, 2019

    **Correspondence:** Yes