KENDALL BRILL & KELLY LLP
Bert H. Deixler (70614)
  bdeixler@kbkfirm.com
Patrick J. Somers (318766)
  psomers@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile:  310.556.2705

PAUL, WEISS, RIFKIND, WHARTON &
  GARRISON LLP
Andrew Gordon (admitted *pro hac vice*)
  agordon@paulweiss.com
Lynn B. Bayard (admitted *pro hac vice*)
  lbayard@paulweiss.com
Darren W. Johnson (admitted *pro hac vice*)
  djohnson@paulweiss.com
Elana R. Beale (admitted *pro hac vice*)
  ebeale@paulweiss.com
1285 Avenue of the Americas
New York, New York 10019
Telephone: 212.373.3000
Facsimile: 212.757.3990

*Attorneys for Plaintiff and Counter-Defendant Gianni Versace S.r.l.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GIANNI VERSACE S.R.L.,<br><br>　　　　Plaintiff and Counter-Defendant,<br><br>　　v.<br><br>FASHION NOVA, INC.,<br><br>　　　　Defendant and Counter-Claimant. | Case No. 2:19-cv-10074-PA-RAO<br><br>**PLAINTIFF AND COUNTER-DEFENDANT GIANNI VERSACE S.R.L.'S TRIAL WITNESS LIST**<br><br>Judge:　Hon. Percy Anderson<br>Date:　October 2, 2020<br>Time:　1:30 p.m.<br>Crtrm.:　9A<br><br>Action Filed:　November 25, 2019<br>Trial Date:　　October 27. 2020 |

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603260325.1

Case No. 2:19-cv-10074-PA-RAO

PLAINTIFF AND COUNTER-DEFENDANT GIANNI VERSACE S.R.L.'S TRIAL WITNESS LIST

In accordance with Fed. R. Civ. P. 26(a)(3)(A)(i) and (ii), C.D. Cal. Local Rules 16.2.4 and 16-5, and the Court's March 6, 2020 Civil Trial Scheduling order, Plaintiff and Counter-Defendant Gianni Versace S.r.l. ("Versace") hereby submits the following list of trial witnesses, other than those offered solely for impeachment purposes, that Versace intends to present at trial and may call if the need arises (marked by an *).

| No. | Name | Contact Information |
| --- | --- | --- |
| 1. | Antonio Masciariello, Senior Manager, Heritage at Versace (in person) | Piazza Luigi Einaudi No. 4 (20124) Milan, at Gianni Versace S.r.l. Telephone: +39 02 760931 |
| 2. | Francesca Bosio, Director, Intellectual Property at Versace (in person) | Piazza Luigi Einaudi No. 4 (20124) Milan, at Gianni Versace S.r.l. Telephone: +39 02 760931 |
| 3. | Brian Henke, President, Versace USA (in person) | Versace USA Inc 11 West 42nd Street Floor 28 New York, NY 10036 Telephone: (212) 753-9008 |
| 4. | Gabriele Goldaper, Versace's fashion industry expert (in person) | 4342 Redwood Ave. Ste. C309 Marina Del Rey, CA 90292 Telephone: (310) 302-1077 |
| 5. | Deborah Young, Versace's textile expert (in person) | 5701 Pickering Ave. Whittier, CA 90601 Telephone: (562) 696-4972 |
| 6. | Yoram (Jerry) Wind, Versace's consumer survey, confusion and dilution expert (in person) | 1041 Waverly Road Gladwyne, PA 19035 Telephone: (610) 642-2120 / / / |

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

| | | |
|---|---|---|
| 7. | Chris Silver Smith, Versace's search engine optimization expert (in person) | c/o Argent Media<br>2633 McKinney Ave. Ste. #130-369<br>Dallas, Texas 75204<br><br>Telephone: (972) 591-3466 |
| 8. | James J. Donohue, Versace's damages expert (in person) | c/o Charles River Associates<br>1411 Broadway, 35th Floor<br>New York, NY 10018<br><br>Telephone: (212) 520-7116 |
| 9. | Custodian of Records* (in person) | Through counsel for Fashion Nova |
| 10. | Fashion Nova witness(es)* (in person) | Through counsel for Fashion Nova |

*Indicates that witness will be called only if the need arises.

Versace additionally reserves the right to supplement or amend this disclosure as necessary to name additional individuals or entities as Versace continues its trial preparation.

DATED:  September 18, 2020        KENDALL BRILL & KELLY LLP

                                  By: /s/ Patrick J. Somers
                                      Patrick J. Somers
                                      Attorneys for Plaintiff and Counter-
                                      Defendant Gianni Versace S.r.l.

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067