**Tiffany Kim Sung (State Bar No. 323077)**
tsung@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3300
Los Angeles, California 90071-2411
Telephone: 213-972-4500
Facsimile:  213-486-0065
Jeanne M. Gills (*pro hac vice*)
jmgills@foley.com
321 North Clark Street, Suite 3000
Chicago, Illinois 60654
Telephone: 312-832-4500
Cynthia Rigsby (*pro hac vice*)
crigsby@foley.com
Kelsey C. Boehm (*pro hac vice*)
kboehm@foley.com
777 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
Telephone: 414-297-5580

John F. Olsen
jolsen@24iplg.com
**FERDINAND IP, LLP**
2500 Broadway, Building F, Suite F-125
Santa Monica, California 90404
Telephone: 858-412-4515
Edmund J. Ferdinand, III (*pro hac vice*)
jferdinand@24iplg.com
Alexander Malbin (*pro hac vice*)
amalbin@24pjlg.com
450 Seventh Avenue, Suite 1300
New York, New York 10123
Telephone: 212-220-0523

Attorneys for FASHION NOVA, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| GIANNI VERSACE S.R.L.,<br><br>        Plaintiff,<br><br>    v.<br><br>FASHION NOVA, INC.<br><br>        Defendant. | Case No:  2:19-cv-10074-PA-RAO<br><br>**DEFENDANT'S WITNESS LIST**<br><br>Hearing: 10/2/2020 at 1:30PM<br>Trial Date: 10/27/2020<br><br>District Judge: Percy Anderson |

In accordance with L.R. 16-5, Defendant Fashion Nova, Inc. ("Fashion Nova") provides its Witness List. Fashion Nova reserves the right to: (a) call any witness disclosed by Versace before trial; (b) call any witnesses necessary for rebuttal or impeachment; (c) call any witness necessary to authenticate and explain documents as to which an authentication objection is made, and/or provide a foundation for any evidence as to which any foundation objection is made; (d) amend or supplement this list as necessary and appropriate in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court; and (e) object to part or all of the testimony offered by any witness on this list on any ground consistent with the Federal Rules of Evidence, the Federal Rules of Civil Procedure, or the Local Rules of this Court.

|    | **Witness** | **Testimony Summary** | **Contact Information** |
|----|-------------|------------------------|--------------------------|
| 1. | Buss, Brian (present at trial) | Testimony regarding the opinions, and bases therefor, contained in the 7/10/20 and 8/12/20 Expert Reports. The testimony will include Fashion Nova's total gross sales and net sales, product-level profits, and economic damages. The testimony will also include rebuttal of Versace's damages theories in its expert's (James Donohue) 7/10/20 and 8/12/20 Expert Reports. | May be contacted through counsel. |
| 2. | Chong, Song (present at trial) | Testimony regarding the opinions, and bases therefore, in the 7/10/20 and 8/12/20 Expert Reports. The testimony will include Versace's alleged IP including elements originating in antiquity, being widely used in modern/contemporary times so as to be considered commonplace elements, or are otherwise | May be contacted through counsel. |

1
DEFENDANT'S WITNESS LIST

| | | | |
|---|---|---|---|
| | | not original; having been used widely in fashion/textiles. The testimony will also include the lack of similarity between the accused garments and Versace's asserted IP. In addition, the testimony will include rebuttal of Versace's expert opinions in its expert's 7/10/20 and 8/12/20 Expert Reports. | |
| 3. | Duran, Sheri (present at trial) | Testimony regarding Fashion Nova's buying team and process for the sourcing and naming of products, and its relationship with vendors, generally. The testimony will also include Fashion Nova's exclusive sourcing of garments, including Purchase Orders issued for the accused garments, marketing, advertising, sales, and price points for the accused garments, Fashion Nova's cost/expenses, sales, revenues, net profits, profit margins, generally, and Fashion Nova's brand image, typical customer, and factors that drive customer sales. | May be contacted through counsel. |
| 4. | Escobar, Luis (present at trial) | Testimony regarding Fashion Nova's customer service and customer interactions and customer care tickets. | May be contacted through counsel. |
| 5. | Hernandez, Ana (present at trial) | Testimony regarding Fashion Nova's process for on-boarding vendors, including the vendor agreement process, Fashion Nova's quality and compliance procedures for goods sold, and the identify and list of vendors used to source the accused garments. | May be contacted through counsel. |
| 6. | Kent, Peter (present at trial) | Testimony regarding the opinions, and bases therefore, in the 8/12/20 Expert Report. The | May be contacted through counsel. |

| | | | |
|---|---|---|---|
| | | testimony will include opinions on Fashion Nova's search engine optimization activities not being "black hat". In addition, the testimony will include rebuttal of Versace's expert opinions in its expert's 7/10/20 Expert Reports. | |
| 7. | Lee, Kimberly (present at trial) | Testimony regarding Fashion Nova's marketing and use of social media, generally, as well as in connection with the accused garments. It will also include testimony on Fashion Nova's form social media "Influencer Agreement" and form "Influencer Guide." | May be contacted through counsel. |
| 8. | Olsen, Douglas (present at trial) | Testimony regarding the opinions, and bases therefore, in the 8/12/20 Expert Report. The testimony will include opinions on why Wind's fame and confusion surveys are flawed, unreliable, and/or undermine Versace's IP claims. The testimony will also include opinions on the problems with and the absence of any confusion based on Wind's social media study. In addition, the testimony will include rebuttal of Versace's expert opinions in its expert's 7/10/20 Expert Reports. | May be contacted through counsel. |
| 9. | Satur, Roger (present at trial) | Testimony regarding Fashion Nova's digital marketing and product tags, search engine optimization, use of technical systems and website data to drive sales, and Fashion Nova's innocence and lack of willfulness with respect to alleged search engine optimization activities. | May be contacted through counsel. |
| 10. | Schoenfeld, Gary | Testimony regarding | May be contacted through |

|     |                                      |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          |                                       |
|-----|--------------------------------------|-----|-----|
|     | (present at trial)                   | Fashion Nova's business, history of the company, business plans and strategies, operations, product lines, marketing and distribution channels. The testimony will also include Fashion Nova's overall product offerings, sales, revenue, and profitability, Fashion Nova's brand, and ownership and use of multiple trademarks to advertise, market, sell, and offer to sell its products, Fashion Nova's efforts to enforce its own IP rights, as well as respect the valid IP rights of third parties, including Fashion Nova's use of policies and agreements, Fashion Nova's innocence and lack of willfulness, and the factual bases for Fashion Nova's Counterclaims and Affirmative Defenses. | counsel. |
| 11. | Tsai, Irene (present at trial)       | Testimony regarding income derived from the sales of Fashion Nova products, including issues related to gross sales, net sales, gross margin, returns and deductible expenses, and testimony on income derived from the sales of the accused garments, including issues related to gross sales, net sales, gross margin, returns and deductible expenses. | May be contacted through counsel. |
| 12. | Custodial Witness (present at trial) | Authentication of documents, if needed. | May be contacted through counsel. |

Dated: September 18, 2020

/s/ Tiffany K. Sung
Tiffany K. Sung
FOLEY & LARDNER LLP
**Tiffany Kim Sung (State Bar No. 323077)**
**tsung@foley.com**
**FOLEY & LARDNER LLP**
**555 South Flower Street, Suite 3300**
**Los Angeles, California 90071-2411**
**Telephone: 213-972-4500**
**Facsimile:   213-486-0065**

**Jeanne M. Gills (*pro hac vice*)**
**jmgills@foley.com**
**FOLEY & LARDNER LLP**
**321 North Clark Street Suite 3000**
**Chicago, Illinois 60654**
**Telephone: 312-832-4500**

**Cynthia J. Rigsby (*pro hac vice*)**
**Email: crigsby@foley.com**
**Kelsey C. Boehm (*pro hac vice*)**
**Email: kboehm@foley.com**
**FOLEY & LARDNER LLP**
**777 East Wisconsin Avenue**
**Milwaukee, Wisconsin 53202**
**Telephone: 414-297-5580**

**John F. Olsen**
**jolsen@24iplg.com**
**FERDINAND IP, LLP**
**2500 Broadway, Building F, Suite F-125**
**Santa Monica, California 90404**
**Telephone: 858-412-4515**

**Edmund J. Ferdinand, III (*pro hac vice*)**
**jferdinand@24iplg.com**
**Alexander Malbin (*pro hac vice*)**
**amalbin@24pjlg.com**
**FERDINAND IP, LLP**
**450 Seventh Avenue, Suite 1300**
**New York, New York 10123**
**Telephone: 212-220-0523**

**Attorneys for Fashion Nova, Inc.**

5
DEFENDANT'S WITNESS LIST

4852-7342-1515.4

## ATTESTATION CLAUSE

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this document attests that all of the signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  September 18, 2020

*/s/ Tiffany K. Sung*
Tiffany K. Sung

Attorneys for Fashion Nova, Inc.