Tiffany Kim Sung (State Bar No. 323077)
tsung@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
Telephone:  213-972-4500
Facsimile:   213-486-0065
Jeanne M. Gills (*pro hac vice*)
jmgills@foley.com
321 North Clark Street, Suite 3000
Chicago, IL 60654
Telephone: 312-832-4500
Cynthia Rigsby (*pro hac vice*)
crigsby@foley.com
Kelsey C. Boehm (*pro hac vice*)
kboehm@foley.com
777 East Wisconsin Avenue
Milwaukee, WI 53202
Telephone: 414-297-5580

John F. Olsen
jolsen@fiplawgroup.com
FERDINAND IP, LLP
2500 Broadway, Building F, Suite F-125
Santa Monica, California 90404
Telephone: 858-412-4515
Edmund J. Ferdinand, III (*pro hac vice*)
jferdinand@fiplawgroup.com
Alexander Malbin (*pro hac vice*)
amalbin@fiplawgroup.com
450 Seventh Avenue, Suite 1300
New York, NY 10123
Telephone: 212-220-0523

Attorneys for FASHION NOVA, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| GIANNI VERSACE S.R.L.,<br><br>            Plaintiff,<br><br>        v.<br><br>FASHION NOVA, INC.<br><br>            Defendant. | **Case No: 2:19-cv-10074-PA-RAO**<br><br>**ORDER DENYING DEFENDANT'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>District Judge: Percy Anderson |

4822-5975-7259.1

Having considered Defendant Fashion Nova, Inc.'s Application For Leave to File under Seal, the Court finds that good cause exists to seal Defendant's Contentions of Fact and Law. Therefore, the Court GRANTS Defendant's Application.

It is hereby ORDERED that the following portions of Defendant's Contentions of Fact and Law remain under seal:

| Date Filed | Page/Line | Document |
|---|---|---|
| 9/18/2020 | 28:4-14 | Defendant's Contentions of Fact and Law |
| 9/18/2020 | 36:26-37:7 | Defendant's Contentions of Fact and Law |
| 9/18/2020 | 43:1-9 | Defendant's Contentions of Fact and Law |
| 9/18/2020 | 63:6-22 | Defendant's Contentions of Fact and Law |
| 9/18/2020 | 74:10-11 | Defendant's Contentions of Fact and Law |
| 9/18/2020 | 69:17-18 | Defendant's Contentions of Fact and Law |
| 9/18/2020 | 70:18-19 | Defendant's Contentions of Fact and Law |
| 9/18/2020 | 73:20 | Defendant's Contentions of Fact and Law |
| 9/18/2020 | 74:2-9 | Defendant's Contentions of Fact and Law |

Dated: September 18, 2020

_____
Honorable Perry Anderson
United States District Judge

**DENIED**
BY ORDER OF

UNITED STATES DISTRICT JUDGE
09/21/20

4822-5975-7259.1