1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GIANNI VERSACE S.R.L.,<br><br>Plaintiff,<br><br>- against -<br><br>FASHION NOVA, INC.,<br><br>Defendant. | Case No. 2:19-CV-10074-PA-RAO<br><br>**ORDER GRANTING VERSACE'S APPLICATION TO SEAL DEFENDANT'S JOINT MOTION *IN LIMINE* NO. 4 (ECF NO. 98)**<br><br>Judge: Hon. Percy Anderson<br>Crtrm.: 9A |

279839.1

Case No. 2:19-CV-10074-PA-RAO

ORDER ON APPLICATION TO SEAL

**UPON CONSIDERATION** of Versace's Application to Seal Defendant's Joint Motion *in Limine* No. 4 (ECF No. 98) ("Application"), and upon finding good cause or compelling reasons to seal the document,

**IT IS ORDERED THAT** the Application, (Dkt. 162), is **GRANTED**; and

**IT IS FURTHER ORDERED THAT** the following documents will be sealed:

| Date Filed | Page/Line/Tab | Document |
|---|---|---|
| 10/2/2020 | Entire Document | Defendant's Joint Motion *in Limine* No. 4 |

**IT IS FURTHER ORDERED THAT**, because the Court previously struck ECF No. 98 (*see* ECF No. 153) and because Fashion Nova has already filed an Amended Joint Motion *in Limine* No. 4 (ECF No. 156), which is substantively identical to the original motion and redacts the confidential information Versace seeks to seal, Versace is <u>not</u> required to refile ECF No. 98.

**IT IS SO ORDERED.**

DATED: November 16, 2020

                                                              PERCY ANDERSON
                                        UNITED STATES DISTRICT JUDGE