UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 19-10074 PA (RAOx) | Date | May 3, 2021 |
| Title | Gianni Versace S.r.l. v. Fashion Nova, Inc. | | |

| | |
|---|---|
| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |

| Kamilla Sali-Suleyman (video) | Anne Kielwasser (video) |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Andrew Gordon (video) | Tiffany Sung (video) |
| Darren Johnson (video) | Cynthia Rigsby (video) |
| Patrick Somers (video) | Jeanne Gills (video) |
| Jeannie Rhee (video) | Kelsey Boehm (video) |

**Proceedings:**        MOTIONS IN LIMINE HEARING (via ZOOM)


        Cause called; appearances made.  The Court has before it Plaintiff's Motion in Limine No. 1 to Exclude Testimony of Fashion Nova's Damages Expert Brian Buss (Dkt. 99); Plaintiff's Motion in Limine No. 2 to Exclude Testimony of Fashion Nova's Art History Expert Song Tae Chong (Dkt. 93); Plaintiff's Motion in Limine No. 3 to Exclude Testimony of Fashion Nova's Late-Disclosed Witnesses Ana Hernandez and Luis Escobar (Dkt. 95); Defendant's Amended Motion in Limine No. 4 to Limit Evidence and Testimony on Plaintiff's Copyright Claims (Dkt. 157); Defendant's Amended Motion in Limine No. 5 to Exclude Testimony of Versace's Consumer Survey Expert Yoram (Jerry) Wind (Dkt. 158); Defendant's Amended Motion in Limine No. 6 to Preclude Plaintiff's Expansion of its IP Allegations (Dkt. 159); and Defendant's Amended Motion in Limine No. 7 to Exclude Testimony of Versace's Damages Expert James Donohue (Dkt. 160).  Court hears oral argument on the motions.

        For the reasons stated in the record, the Court issues the following rulings:

        Plaintiff's Motion in Limine No. 1, (Dkt. 99), in which Plaintiff seeks to exclude the testimony of Fashion Nova's Damages Expert Brian Buss, is denied.

        Plaintiff's Motion in Limine No. 2, (Dkt. 93), in which Plaintiff seeks to exclude the testimony of Fashion Nova's Art History Expert Song Tae Chong, is hereby taken under submission.

        Plaintiff's Motion in Limine No. 3, (Dkt. 95), in which Plaintiff seeks to exclude the testimony of Fashion Nova's late-disclosed witnesses Ana Hernandez and Luis Escobar, is denied as moot because the parties have resolved the issue.

        Defendant's Amended Motion in Limine No. 4, (Dkt. 157), in which Defendant seeks to limit evidence and testimony on Plaintiff's copyright claims, is denied.  Defendant may offer a limiting instruction to address its concerns expressed in this motion.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-10074 PA (RAOx) | Date | May 3, 2021 |
|---|---|---|---|
| Title | Gianni Versace S.r.l. v. Fashion Nova, Inc. | | |

     Defendant's Amended Motion in Limine No. 5, (Dkt. 158), in which Defendant seeks to exclude the testimony of Versace's Consumer Survery Expert Yoram (Jerry) Wind, is denied.

     Defendant's Amended Motion in Limine No. 6, (Dkt. 159), in which Defendant seeks to exclude Plaintiff's expansion of its IP allegations, is hereby taken under submission.

     Defendant's Amended Motion in Limine No. 7, (Dkt. 160), in which Defendant seeks to exclude the testimony of Versace's Damages Expert James Donohue, is denied.

     Court and counsel further confer regarding ongoing settlement discussions and the upcoming jury trial.  **The Court orders the parties to, no later than 12:00 p.m. on Monday, May 10, 2021, submit the name(s) of the parties' business representatives who are authorized to settle this case.**  Finally, the Court will issue a separate order regarding the parties' submission of a Confidential Settlement Conference Statement.

     IT IS SO ORDERED.

|  | : | 58 |
|---|---|---|
| Initials of Preparer | | kss |