1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GIANNI VERSACE S.R.L., | Case No. 2:19-cv-10074-PA-RAO |
| Plaintiff and Counter-Defendant, | **ORDER DENYING STIPULATION FOR TRIAL CONTINUANCE** |
| v. | Judge: Hon. Percy Anderson |
| FASHION NOVA, INC., | Crtrm.: 9A |
| Defendant and Counter-Claimant. | |

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603299626.1

Case No. 2:19-CV-10074-PA-RAO

[PROPOSED] ORDER GRANTING STIPULATION FOR TRIAL CONTINUANCE

1  The Court having considered the parties' Stipulation for Trial Continuance, the
2  Declaration of Patrick J. Somers and the Exhibits thereto, and finding good cause
3  therefore, IT IS HEREBY ORDERED THAT the trial in this matter is continued until
4  _____, 2022.

**DENIED**
BY ORDER OF

**IT IS SO ORDERED.**

Dated: _____

UNITED STATES DISTRICT JUDGE
06/14/21
_____
The Hon. Percy Anderson
United States District Judge

603299626.1

1

[PROPOSED] ORDER GRANTING STIPULATION FOR TRIAL CONTINUANCE