KENDALL BRILL & KELLY LLP
Bert H. Deixler (70614)
  bdeixler@kbkfirm.com
Patrick J. Somers (318766)
  psomers@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile:  310.556.2705

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Andrew Gordon (admitted *pro hac vice*)
  agordon@paulweiss.com
Jeannie S. Rhee (admitted *pro hac vice*)
  jrhee@paulweiss.com
Lynn B. Bayard (admitted *pro hac vice*)
  lbayard@paulweiss.com
Darren W. Johnson (admitted *pro hac vice*)
  djohnson@paulweiss.com
1285 Avenue of the Americas
New York, New York 10019
Telephone: 212.373.3000
Facsimile: 212.757.3990

*Attorneys for Plaintiff and Counter-Defendant Gianni Versace S.r.l.*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GIANNI VERSACE S.R.L., <br><br>      Plaintiff and Counter-Defendant, <br><br> v. <br><br> FASHION NOVA, INC., <br><br>      Defendant and Counter-Claimant. | Case No. 2:19-cv-10074-PA-RAO <br><br> **JOINT STATUS REPORT REGARDING SETTLEMENT** <br><br> Judge: Hon. Percy Anderson <br> Crtrm.: 9A |

# JOINT STATUS REPORT REGARDING SETTLEMENT

Plaintiff Gianni Versace, S.r.l. and Defendant Fashion Nova, Inc. (collectively, the "Parties") submit this Joint Status Report in response to this Court's Minute Order dated June 25, 2021 (Docket No. 189) to update the Court on the status of settlement discussions in this matter.

Since the Final Pretrial Conference on June 25, the Parties have engaged in further settlement discussions and have made some progress towards a resolution of this matter. The Parties, however, believe at this time that they need the assistance of a neutral to advance the settlement discussions. The Parties respectfully request that this Court refer this matter to Magistrate Judge Rozella A. Oliver (or other judicial or settlement officer selected by the Court) for further settlement discussions. The Parties are available to appear for a settlement conference on the dates and times identified in their Joint Response filed June 28 (Docket No. 190).

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603303618.1

1

Case No. 2:19-cv-10074-PA-RAO

JOINT STATUS REPORT REGARDING SETTLEMENT

| | | |
|---|---|---|
| 1 | DATED:  July 2, 2021 | KENDALL BRILL & KELLY LLP |
| 2 | | |
| 3 | | By:      /s/ Patrick J. Somers       |
| 4 | | Patrick J. Somers (318766) |
| 5 | |   psomers@kbkfirm.com |
|   | | Bert H. Deixler (70614) |
| 6 | |   bdeixler@kbkfirm.com |
| 7 | | 10100 Santa Monica Blvd., Suite 1725 |
|   | | Los Angeles, California 90067 |
| 8 | | Telephone:   310.556.2700 |
| 9 | | Facsimile:    310.556.2705 |
| 10 | | PAUL, WEISS, RIFKIND, WHARTON & |
|    | |   GARRISON LLP |
| 11 | | Andrew Gordon (admitted *pro hac vice*) |
| 12 | |   agordon@paulweiss.com |
| 13 | | Lynn B. Bayard (admitted *pro hac vice*) |
|    | |   lbayard@paulweiss.com |
| 14 | | Darren W. Johnson (admitted *pro hac vice*) |
| 15 | |   djohnson@paulweiss.com |
|    | | 1285 Avenue of the Americas |
| 16 | | New York, New York 10019 |
| 17 | | Telephone: 212.373.3000 |
|    | | Facsimile: 212.757.3990 |
| 18 | | |
| 19 | | *Attorneys for Plaintiff and Counter-Defendant Gianni Versace S.r.l.* |

| | | |
|---|---|---|
| Dated July 2, 2021 | | FOLEY & LARDNER LLP |
| | By: | /s/ Jeanne M. Gills |
| | | Tiffany Kim Sung (323077) |
| | | *tsung@foley.com* |
| | | 555 South Flower Street, Suite 3300 |
| | | Los Angeles, CA 90071-2411 |
| | | Telephone: 213.972.4500 |
| | | Facsimile:  213.486.0065 |
| | | |
| | | Jeanne M. Gills (admitted *pro hac vice*) |
| | | *jmgills@foley.com* |
| | | 321 North Clark Street, Suite 3000 |
| | | Chicago, Illinois 60654 |
| | | Telephone: 312.832.4500 |
| | | |
| | | Cynthia Rigsby (admitted *pro hac vice*) |
| | | *crigsby@foley.com* |
| | | Kelsey C. Boehm (admitted *pro hac vice*) |
| | | *kboehm@foley.com* |
| | | 777 East Wisconsin Avenue |
| | | Milwaukee, Wisconsin 53202 |
| | | Telephone: 414.297.5580 |
| | | |
| | | *Attorneys for Defendant and Counter-Claimant Fashion Nova, Inc.* |

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603303618.1

3

Case No. 2:19-cv-10074-PA-RAO
JOINT STATUS REPORT REGARDING SETTLEMENT

## ATTESTATION UNDER LOCAL RULE 5-4.3.4

I, Patrick J. Somers, attest that the above listed signatories on whose behalf this document is being filed, have concurred in the filing's content and have authorized the filing.

DATED: July 2, 2021                KENDALL BRILL & KELLY LLP


By:   /s/ Patrick J. Somers
       Patrick J. Somers

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603303618.1                          4                    Case No. 2:19-cv-10074-PA-RAO
JOINT STATUS REPORT REGARDING SETTLEMENT